

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV513-027
)           CR506-014
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is Petitioner's Motion for Ruling on Attached Motion. (Doc. 20.) After careful consideration of the record in this case, Petitioner's motion is **DENIED**.

SO ORDERED this 27th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA